1  Jeremy T. Bergstrom, Esq.                              E-filed on October 27, 2009
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV 89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-95727

5  Attorneys for Secured Creditor
   BAC HOME LOANS SERVICING FKA COUNTRYWIDE HOME LOANS SERVICING L.P.
6
                    **UNITED STATES BANKRUPTCY COURT**
7                         **DISTRICT OF NEVADA**

8  In Re,                                  BK No.: BK-S-09-28605-LBR

9  TODD LELEAND ALLEN AND                  Chapter 13
   CATHLEEN ALLEN,
10                                         **REQUEST FOR SPECIAL NOTICE**
            Debtor(s).
11
   TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
12 ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

13         PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and

14 Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING FKA

15 COUNTRYWIDE HOME LOANS SERVICING L.P., requests that all notices given in this case

16 and all papers served or required to be served in this case (including, but not limited to, Notice

17 for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be

18 given to and served upon the undersigned at the following address and telephone number.

19      Jeremy T. Bergstrom, Esq.
        MILES, BAUER, BERGSTROM & WINTERS, LLP
20      2200 Paseo Verde Pkwy., Suite 250
        Henderson, NV 89052
21      PH (702) 369-5960

22                              MILES, BAUER, BERGSTROM & WINTERS, LLP

23 Dated:   October 26, 2009     By:   /s/ Jeremy T. Bergstrom, Esq.
                                       Jeremy T. Bergstrom, Esq.
24                                     Attorney for Secured Creditor

                                        1

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on __October 27, 2009__, a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
David M. Crosby
Crosby & Associates
711 S. 8th St.
Las Vegas, NV  89101

CHAPTER 13 TRUSTEE:
Rick A. Yarnall
701 Bridger Ave. #820
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/   Michael L. Dobbs, Jr.
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

(09-95727/rfsnlv.dot/mld)

2