Entered on Docket
June 21, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

JEFFREY G. SLOANE, ESQ.
Nevada Bar No. 000784
KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4143
JSloane@kssattorneys.com
Attorneys for Creditor/Movant
U.S. BANK, N.A.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under |
| | ) | Chapter 13 |
| TODD LELAND ALLEN and | ) | |
| CATHLEEN ADELE LALLEN | ) | BK-S-09-28605-lbr |
| | ) | |
| Debtors. | ) | Date:   June 2, 2010 |
| | ) | Time:  9:30 a.m. |

ORDER GRANTING MOTION FOR RELIEF FROM STAY

Creditor, U.S. BANK, N.A.'s Motion For Relief From Stay having come before this court on June 2, 2010; U.S. BANK, N.A., (hereinafter "Creditor"), appearing by and through its attorney, Jeffrey G. Sloane, Esq. of Kravitz, Schnitzer, Sloane & Johnson, Chtd.; TODD LELAND ALLEN and CATHLEEN ADELE ALLEN, ("Debtors"), having failed to appear, although duly noticed; no opposition having been filed; and, for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay afforded the Debtors pursuant to 11 U.S.C. Section 362 is hereby terminated as to the 2002 Wanderer, VIN 4XTTN21282C236809.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the ten (10) day stay imposed under Bankruptcy Rule 4001(a)(3) is waived.

That within three (3) months after the disposition of the collateral, the Creditor shall amend or delete its Proof of Claim on file with the Court and provide the Chapter 13 Trustee notice of the same.

DATED this 16th day of June, 2010.

SUBMITTED BY:
KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.

BY _____
JEFFREY G. SLOANE, ESQ.
Nevada Bar No. 000784
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Attorneys for Creditor

APPROVE/DISAPPROVE:

BY  Did not respond
RICK A. YARNALL, TRUSTEE
701 Bridger Ave., #820
Las Vegas, NV 89101

\# \# \#

## ALTERNATIVE METHOD re: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

( ) The Court has waived the requirement of approval under LR 9021.

( X ) This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

( ) This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document]:

( ) I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel for Plaintiff appeared and the Trustee has __not__ responded.

Date: __June 16, 2010__

/s/JEFFREY G. SLOANE, ESQ.
JEFFREY G. SLOANE, ESQ.
Kravitz, Schnitzer, Sloane & Johnson, Chtd.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123